**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **R. IVANNE VAZQUEZ,**<br><br>   **Plaintiff,**<br><br>   vs.<br><br>**CALIFORNIA HIGHWAY PATROL, *ET AL.*,**<br><br>   **Defendants.** | **Case No.: 15-cv-330 YGR**<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSING DEFENDANT CALIFORNIA HIGHWAY PATROL; AND TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA** |

Plaintiff R. Ivanne Vazquez filed his complaint here on January 23, 2015, alleging claims against the California Highway Patrol and the Sutter County Sheriff. At that same time he filed a motion for leave to proceed in forma pauperis. (Dkt. No. 2.)

Magistrate Judge Joseph C. Spero issued his Report and Recommendation ("the Report") in this matter on March 2, 2015. (Dkt. No. 7.) Plaintiff R. Ivanne Vazquez filed his objections to the Report on March 19, 2015. (Dkt. No. 10.) The Court has reviewed the Report and the objections carefully. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report, the claims against Defendant California Highway Patrol are **DISMISSED** without leave to amend based upon Eleventh Amendment immunity. The remaining claims are **TRANSFERRED** to the United States District Court for the Eastern District of California for further proceedings.

**IT IS SO ORDERED.**
**Date: April 6, 2015**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**